## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESTATE MOTORS, INC., individually and on behalf of all those similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br><br>MERCEDES-BENZ USA, LLC; MERCEDES-BENZ VANS, LLC; MERCEDES-BENZ U.S. INTERNATIONAL, INC.; DAIMLER NORTH AMERICA CORPORATION; DAIMLER AKTIENGESELLSCHAFT (DAIMLER A.G.); VOLKSWAGEN AKTIENGESELLSCHAFT (VOLKSWAGEN A.G.); VOLKSWAGEN GROUP OF AMERICA, INC.; AUDI AKTIENGESELLSCHAFT (AUDI A.G.); AUDI OF AMERICA, INC.; AUDI OF AMERICA, LLC; DR. ING. h.c.F. PORSCHE A.G.; PORSCHE CARS NORTH AMERICA, INC.; BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT (BMW A.G.); BMW(US) HOLDING CORP.; and BMW OF NORTH AMERICA, LLC;<br><br>          Defendants. | Civil Action No.<br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

TO:   Clerk's Office
       United States District Court, District of NJ
       M.L. King Jr. Federal Building & U.S. Courthouse
       50 Walnut Street
       Newark, New Jersey 07102

SIR/MADAM:

PLEASE TAKE NOTICE that Eric L. Chase, Esq., a principal of the law firm of Bressler,

Amery & Ross, P.C., 325 Columbia Turnpike, Florham Park, New Jersey 07932 (email:

*echase@bressler.com*), hereby enters his appearance in the above-captioned matter as counsel for

Plaintiff Estate Motors, Inc.

Eric L. Chase hereby requests that copies of all notices, pleadings and other papers in this matter be served upon him and adding attorney Eric L. Chase to your mailing list.

/s/ Eric L. Chase
ERIC L. CHASE
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, NJ  07932
(973)514-1200
echase@bressler.com
Attorneys for Plaintiff

DATED:  October 16, 2017
4057754

2